UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IRVING E. GOTTSCHALK, Regional Director
of the Thirtieth Region of the National Labor Relations Board,
for and on behalf of the NATIONAL LABOR RELATIONS
BOARD
        Plaintiff

Case No. 12-CV-0152

v.

PIGGLY WIGGLY MIDWEST, LLC

        Defendant

## NOTICE OF ISSUANCE OF ADMINISTRATIVE LAW JUDGE'S DECISION

On around May 18, 2012, the Court issued its Order Denying Defendant's Motion to Dismiss and Granting Plaintiff's Motion for Preliminary Injunction in the above-referenced case. On May 21, 2012, Administrative Law Judge Eric M. Fine issued his decision in the underlying unfair labor practice proceeding in Cases 30-CA-067117 and 30-CA-073311. In his Decision and Recommended Order, Judge Fine found the Defendant engaged in all of the unfair labor practices that were the subject of the Petitioner's Motion for Preliminary Injunction. A copy of the Decision and Recommended Orders attached as Attachment A. The Petitioner will keep the Court apprised as appropriate of developments before the Board, and will request the Board treat the underlying cases expeditiously.

Signed at Milwaukee, Wisconsin on this 23rd day of May 2012

        /s/ Andrew S. Gollin
        Andrew S. Gollin
        Counsel for Petitioner
        National Labor Relations Board, Thirtieth Region
        310 West Wisconsin Avenue, Suite 700
        Milwaukee, Wisconsin 53203

Attachment