Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

IRVING E. GOTTSCHALK,
Regional Director of the Thirtieth Region of the
National Labor Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

      Petitioner,

      v.

**AMENDED JUDGMENT IN A CIVIL CASE**
Case No. 12-C-0152

PIGGLY WIGGLY MIDWEST, LLC,

      Respondent.

---

This action came before the court, the issues have been decided and a decision has been rendered in favor of the petitioner. Now, therefore,

IT IS ORDERED AND ADJUDGED that this case is closed. The court retains jurisdiction to enforce its decision and order.

APPROVED:    s/ C. N. CLEVERT, JR.
                    C. N. CLEVERT, JR.
                    Chief U. S. District Judge

                                         JON W. SANFILIPPO
                                         Clerk

        5/31/12
        Date

                                         s/ C. Fehrenbach
                                         (By) Deputy Clerk